# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: JOSEPH J. KIPPER  
110 MARQUETTE ROAD  
MACHESNEY PARK, IL  61115  

SSN-xxx-xx-9177

Case Number: 04-75585

Case filed on: 11/9/2004  
Plan Confirmed on: 4/1/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $19,600.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
| | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 003 | OCWEN FEDERAL BANK FSB | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | FISHER & SHAPIRO LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 202 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JOSEPH J. KIPPER | 0.00 | 0.00 | 775.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 775.00 | 0.00 |
| 002 | WELLS FARGO BANK MINNESOTA TRUSTEE | 15,521.39 | 12,100.49 | 12,100.49 | 0.00 |
| 004 | WINNEBAGO COUNTY TREASURER | 3,000.00 | 1,558.62 | 1,558.62 | 1,063.48 |
| 011 | WELLS FARGO BANK MINNESOTA TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Secured | 18,521.39 | 13,659.11 | 13,659.11 | 1,063.48 |
| 001 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ZENON J BIDZINSKI | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BENEFICIAL ILLINOIS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | FARMERS INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MCI RESIDENTIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| | Grand Total: | 21,385.39 | 16,523.11 | 17,298.11 | 1,063.48 |

Total Paid Claimant:     $18,361.59  
Trustee Allowance:       $1,238.41  
Percent Paid Unsecured:      0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　 /s/ Lydia S. Meyer  
　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009          By  /s/Heather M. Fagan